**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 04-2310**

───────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

KRIS PLETSCHKE, d/b/a Raw Health,

                                    Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-03-214-1)

───────────

Submitted: March 24, 2005          Decided: March 29, 2005

───────────

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kris Pletschke, Appellant Pro Se.  Mark Josephs, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kris Pletschke appeals the district court's order entering default judgment against him. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Pletschke</u>, No. CA-03-214-1 (W.D.N.C. Sept. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>